82,956-02

Criminal Court of Appeals
  201 W. 14th St., Rm. 106
P.O. Box 12308
Austin, Tx. 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

Dear Mr. Acosta,
            I recently sent a 11.07
to Taylor County Courthouse. It was sent
to Criminal Court of Appeals afterwards. I am
writing to inform you that I am no longer
in the county jail. I am now back in TDC.
If you would tell me the status of my
11.07 & send it to my new address. Thank
You in Advance.
                      Sincerly,

Travis Longoria # 1880291
1620 F.M. 3344
Jacksboro, Tx. 76458